*Balistreri v. Isabelle*, No. 406-6-14 Wncv (Teachout, J., December 2, 2014)

[The text of this Vermont trial court opinion is unofficial. It has been reformatted from the original. The accuracy of the text and the accompanying data included in the Vermont trial court opinion database is not guaranteed.]

## STATE OF VERMONT

| | |
|---|---|
| **SUPERIOR COURT** | **CIVIL DIVISION** |
| **Washington Unit** | **Docket No. 406-6-14 Wncv** |

| | |
|---|---|
| **Craig M. Balistreri** | **on appeal from** |
| **Plaintiff–Appellee** | **Docket No. 523-12-13 Wnsc** |

v.

**J. Guy Isabelle**
**Defendant–Appellant**

### ENTRY

On September 12, 2014, this court affirmed a small claims judgment in favor Plaintiff–Appellee Craig M. Balistreri. On October 6, 2014, Defendant–Appellant J. Guy Isabelle filed a motion seeking permission to appeal to the Supreme Court.

The Supreme Court has discretion to permit or deny further appeal from a Civil Division judgment in the appeal of a small claims case. 12 V.S.A. § 5538; V.R.S.C.P. 10(e). However, such a request must be filed with the Civil Division within 10 days of the Civil Division's judgment. V.R.S.C.P. 10(e). If a timely request is not so filed, the judgment becomes final and there is no further appeal. *Id.*

Mr. Isabelle concedes that his request to appeal was not timely filed and he did not request an extension of time before the 10-day period elapsed. Assuming that the excusable neglect provision of either V.R.A.P. 4(d)(1)(B) or V.R.C.P. 6(b)(2) otherwise applies to late filings under V.R.S.C.P. 10(e), there is no excusable neglect here. Mr. Isabelle simply notes that he was ignorant of the need to request further appeal within 10 days. Mere ignorance of a clear procedural rule is not excusable neglect. See generally *In re Town of Killington*, 2003 VT 87A, 176 Vt. 60 (discussing excusable neglect in detail).

Mr. Isabelle's motion seeking permission to appeal to the Supreme Court is *denied*.

Dated this __ day of December 2014.

_____
Hon. Mary Miles Teachout
Superior Court Judge